IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ELPIDA MEMORY, INC. and ELPIDA MEMORY (USA) INC.,<br><br>Plaintiffs,<br><br>v.<br><br>INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC,<br><br>Defendants. | C.A. No. 11-623 (SLR) |

**INTELLECTUAL VENTURES' MOTION TO DISMISS,
OR IN THE ALTERNATIVE, TRANSFER**

Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures") hereby respectfully move to dismiss all claims against Intellectual Ventures in the above action pursuant to the Federal Rule of Civil Procedure 12(b), the first-to-file rule, and the Court's discretion under the declaratory judgment jurisdiction under 28 U.S.C. § 2201. In the alternative, Intellectual Ventures requests the Court to transfer this case to the Western District of Washington pursuant to 28 U.S.C. § 1404 and the first-to-file rule.

The grounds for this motion are set forth in the accompanying opening brief. For the Court's convenience, a proposed form of order is attached hereto.

2484477

Respectfully submitted,

FARNAN LLP


 /s/ Brian E. Farnan
Joseph J. Farnan, III (Bar No. 3945)
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 777-0300
bfarnan@farnanlaw.com

*Attorneys for Defendants Intellectual Ventures I
LLC and Intellectual Ventures II LLC*


OF COUNSEL:

IRELL & MANELLA LLP
Elliot Brown
Benjamin Hattenbach
Ellisen Turner
Brian Ledahl
Jay Chung
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated:  September 2, 2011