IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELPIDA MEMORY, INC. and ELPIDA MEMORY (USA) INC., <br><br> Plaintiffs, <br><br> v. <br><br> INTELLECTUAL VENTURES I LLC and INTELLECTUAL VENTURES II LLC, <br><br> Defendants. | C.A. No. 11-623 (SLR) |

**INTELLECTUAL VENTURES' RESPONSE TO ELPIDA'S MOTION TO STAY PENDING A RELATED PROCEEDING BEFORE THE UNITED STATES INTERNATIONAL TRADE COMMISSION**

Defendants Intellectual Ventures I LLC and Intellectual Ventures II LLC (collectively, "Intellectual Ventures") agree that this action should not proceed. But, rather than a stay, Intellectual Ventures submits that the Court should dismiss this case pursuant to the pending Motion to Dismiss, or In the Alternative, Transfer (D.I. 10).[1] A dismissal of this case would moot Elpida's Motion to Stay.

Intellectual Ventures owns the patents at issue in this case, and had asserted those patents in an earlier-filed action in the Western District of Washington (the "Washington Action"). Subsequently, the two Elpida entities accused of infringement in the Washington Action filed this duplicative case, unnecessarily asking the Court for a declaration of patent rights already put at issue in Washington.

---

[1] The grounds for dismissal of this case are more fully set forth in Intellectual Ventures' Motion and Reply briefs in support of the Motion to Dismiss, and will not be repeated here. D.I. 11 & 14.

2503654

Now, Elpida seeks to stay the case it needlessly filed. Elpida did not raise the stay issue until after the Motion to Dismiss was filed and after Elpida formed its position and filed its Opposition to the Motion to Dismiss (D.I. 12). Elpida's request for a deferred ruling on the Motion to Dismiss is understandable given the flawed reasoning in its Opposition to the Motion to Dismiss. But, there is no reason to defer dismissal, as time will not change the fact that both this case and the Washington Action involve the same patents against Elpida. Similarly, nothing will change the fact that the Washington Action is the first-filed case involving the patents at issue here. Indeed, a stay of this case, rather than dismissal will merely prolong the inefficiency of having two cases addressed to the same issues pending in two different U.S. District Courts. Further, a different Delaware case (C.A. No. 10-1066-SLR) provides neither a justification to delay dismissal nor a reason to keep this action in Delaware. As set forth in the pending motion to dismiss, that case involves different patents unrelated to those at issue here. *See* D.I. 14. The fact that Elpida seeks to stay this case while that one goes forward only highlights the differences between the cases.

Elpida's attempt to avoid dismissal of this case with its stay motion should be rejected. The Court should grant the pending Motion to Dismiss, which will moot the stay requested by Elpida.[2]

---

[2] If the Court is inclined to transfer this case to the Western District of Washington rather than dismissing it, Intellectual Ventures submits that the Court should both stay and transfer the case. "[T]he Court may transfer the case to another district subsequent to issuing the stay." *Microsoft Corp. v. TiVo Inc.*, 2011 WL 1930640, *2 (W.D. Wash. May 19, 2011) (staying the case under § 1659 and granting transfer); *see also Broadcom Corp. v. Qualcomm Inc.*, 2005 WL 5925585, *3 (C.D. Cal. Sept. 26, 2005) ("Section 1659 stay does not strip this Court of jurisdiction"). If this case is not dismissed, a stay is warranted pursuant to § 1659.

        Respectfully submitted,

        FARNAN LLP

        /s/ Brian E. Farnan
        Joseph J. Farnan, III (Bar No. 3945)
        Brian E. Farnan (Bar No. 4089)
        919 North Market Street, 12th Floor
        Wilmington, DE 19801
        (302) 777-0300
        jjfarnan@farnanlaw.com
        bfarnan@farnanlaw.com

        *Attorneys for Defendants*

OF COUNSEL:

IRELL & MANELLA LLP
Elliot Brown
Benjamin Hattenbach
Ellisen Turner
Brian Ledahl
Jay Chung
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
(310) 277-1010

Dated: October 11, 2011